# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **MARK GALBREATH,** <br><br> Defendant. | 16-po-5039-JTJ <br> VIOLATIONS: <br> **6028076** <br> **6028077** <br> **6028078** <br> **6028079** <br><br> Location Code: M13 <br><br> **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $750.00 and a $30.00 processing fee for VN 6028079 and a fine amount of $250.00 and a $30.00 processing fee for VN 6028077 for a total amount of $1,060.00 in full by September 30, 2017. Payments should be mailed to the following address:

> Clerk of Court
> United States District Court
> Missouri River Courthouse
> 125 Central Avenue West, Suite 110
> Great Falls, MT 59404

The check should be made out to the Clerk, U.S. District Court;

IT IS FURTHER ORDERED that the trial in the above captioned matter, currently scheduled for September 22, 2016, is VACATED.

IT IS FURTHER ORDERED that VN 6028076 and VN 6028078 are DISMISSED.

DATED this 20th day of September, 2016.

_____
John Johnston
United States Magistrate Judge